**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| **Robert T. Pardee,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | CASE NO. _____ |
| ) | |
| **Experian Information Solutions, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc. ("Experian") hereby files its Notice of Removal of the above-captioned action to this Court and state as follows:

1. Experian is named as the sole Defendant in Civil Action No.11-1031 filed in the Superior Court for the State of Massachusetts, County of Worcester (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Superior Court, County of Worcester on May 23, 2011. Defendant Experian was served with the complaint on June 15, 2011.

3. This Notice is being filed with this Court within thirty (30) days after Defendant Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. A copy of all process, pleadings, and orders served upon the Defendant in the State Court Action is attached hereto as Exhibit A.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p, without regard to the amount in controversy. The above-captioned action may therefore be properly removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

16. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action and to the clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

Dated: July 1, 2011

Respectfully submitted,

/s *Robert S. White*
Robert S. White (BBO # 552229)
BourgeoisWhite, LLP
One West Boylston Street, Suite 307
Worcester, MA 01605
Telephone: (508) 753-7038
Facsimile: (508) 756-1613
rsw@bourgeoiswhite.com.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

NYI-4382736v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following party via U.S. First-Class Mail on this 1st day of July, 2011.

>Robert A. George, Esq.
>George & Davis, PC
>509 Main St., PO Box 199
>Sturbridge, MA 01566
>Telephone:     (508) 347-7114
>Facsimile:      (508) 347-5627
>
>*Attorneys for Plaintiff*
>*Robert T. Pardee*

>*/s/ Robert S. White*
>Robert S. White