**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## WOCV2011-01031
### Pardee v Experian Information Solutions Inc

| | | | |
|---|---|---|---|
| **File Date** | 05/27/2011 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 07/05/2011 | **Session** | D - Civil D - Courtroom 25 |
| **Origin** | 1 - Complaint | **Case Type** | B99 - Misc tort |
| **Track** | F - Fast track | **Lead Case** | |
| | | | **Jury Trial** Yes |

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| Served By | | | 09/24/2011 | 09/24/2011 | 03/22/2012 | 04/21/2012 | | |
| Filed By | 08/25/2011 | 09/24/2011 | 10/24/2011 | 10/24/2011 | | 05/21/2012 | | 03/17/2013 |
| Heard By | | | 11/23/2011 | 11/23/2011 | | | 09/18/2012 | |

### PARTIES

**Plaintiff**
Robert T Pardee
Active 05/27/2011

**Defendant**
Experian Information Solutions Inc
Service pending 05/27/2011

**Private Counsel 666118**
Robert A George
Law Office of Robert E. George
509 Main St., PO Box 199
Sturbridge, MA 01566
Phone: 508-347-7114
Fax: 508-347-5627
Active 05/27/2011 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/27/2011 | 1.0 | Complaint & civil action cover sheet filed ; and Rule 29 Statement - CJ |
| 05/27/2011 | | Origin 1, Type B99, Track F. |
| 05/27/2011 | | Filing fee paid in the amount of $275.00 including $15.00 surcharge and $20.00 security fee. |
| 05/27/2011 | | Notice of 93A complaint sent to Attorney General |
| 06/17/2011 | 2.0 | SERVICE RETURNED (summons): Experian Information Solutions Inc, service made on 6/15/2011 (incomplete) Copy |
| 07/05/2011 | 3.0 | Deft. Experian Informaton Solutions notice of Removal to the US District Court of Massachusetts |

### EVENTS

A true copy by photostatic process

Attest: _____
Asst. Clerk

5/20/11

| **CIVIL ACTION COVER SHEET** | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT | DOCKET NO. 11-1031 |
|---|---|---|
| | COUNTY OF | **WORCESTER** | |

**PLAINTIFF(S)** Robert Pardee

**DEFENDANT(S)** Experian Information Solutions, Inc.

Type Plaintiff's Attorney name, Address, City/State/Zip Phone Number and BBO#

Type Defendant's Attorney Name, Address, City/State/Zip Phone Number (If Known)

Robert A. George, 509 Main Street, PO Box 199, Sturbridge, MA 01566, (508) 347-7114, BBO #666118

---

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

CODE NO.        TYPE OF ACTION (specify)        TRACK

**B99 Other Tort (specify) - Fast Track**

IS THIS A JURY CASE?

⊙[  ] Yes    ⊙[  ] No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A.  Documented medical expenses to date:
    1.  Total hospital expenses                               $ _____
    2.  Total doctor expenses                                 $ _____
    3.  Total chiropractic expenses                           $ _____
    4.  Total physical therapy expenses                       $ _____
    5.  Total other expenses (describe)                       $ _____
                                                    Subtotal  $ _____
B.  Documented lost wages and compensation to date           $ _____
C.  Documented property damages to date                      $ _____
D.  Reasonably anticipated future medical expenses           $ _____
E.  Reasonably anticipated lost wages and compensation to date $ _____
F.  Other documented items of damages (describe)
                                                              $ _____
G.  Brief description of plaintiff's injury, including nature and extent of injury (describe)

    Defendant's violation of 15 U.S.C. § 1681 et seq. and
    M.G.L. Ch. 93 §§ 50 - 68 constitute violation of
    M.G.L. Ch. ,93A § 9.

                                              **Total $  88,906.48**

*FILED MAY 27 2011 ATTEST: Del Wm CLERK*

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

**TOTAL    $**..............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____    Date: 5/23/11

A.O.S.C. 3-2007

A true copy by photostatic process
Attest: _____
Asst. Clerk



COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS

11-1031

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT
WORCESTER DIVISION
CIVIL ACTION NO.

# FILED

MAY 2 7 2011

ATTES:                        CLERK

ROBERT T. PARDEE )
          Plaintiff )
 )
    v. )
 )
EXPERIAN INFORMATION )
SOLUTIONS, INC. )

## COMPLAINT AND JURY DEMAND

    The Plaintiff, Robert T. Pardee, brings this Complaint seeking damages caused by the Defendant's violation of M.G.L. ch. 93 § 9.

## PARTIES

    1. Robert T. Pardee (hereinafter "the Plaintiff") is an individual with a principal place of residence at 55 Ridge Road, Southbridge, MA 01550, Worcester Country.

    2. Experian Information Solutions, Inc. (hereinafter "the Defendant") is a foreign corporation with a principal place of business at 475 Anton Blvd., Costa Mesa, CA 92626-7037.

## STATEMENT OF FACTS

    3. The Defendant provides to lending institutions credits reports.

    4. In 2007, the Defendant applied for credit in order to refinance his home in the amount of $54,812.95.

5.  The Defendant reported to the lender, Household Finance Corporation, a civil judgment against the Defendant at Dudley District Cout under Docket No. 200564SC001119.

6.  The judgment was against Robert J. Pardee, a third party with a different middle initial than the Plaintiff.

7.  As a result of the Defendant's report of the judgment on the Plaintiff's credit report, the Plaintiff could only borrow money at an inflated rate of 13.740%.

8.  After the loan closed the Plaintiff contacted the Defendant, and two other credit reporting agencies that provide credit scores and reports, and provided them with documentation proving that that the judgment was against someone else.

9.  The Plaintiff even provided the Defendant with the name and address of the person the judgment was against.

10. Upon reinvestigating the claim, both of the other two companies removed the judgment from the Plaintiff's credit report.

11. The Plaintiff attempted to refinance the loan at lower rate, but was unable to because the Defendant refused to remove the judgment from his account.

12. The Plaintiff would have been able to refinance at a rate as low as five percent had the Defendant reinvestigated the judgment and accurately reported his credit score.

13. The Plaintiff is due to pay interest in the amount of $140,023.98 over the life of the loan.

14. His interest over the life of the loan at five percent would have been $51,117.50, a difference of $88,906.48.[1]

## COUNT I
### 15 U.S.C. § 1681 et seq.

15. The Plaintiff repeats and realleges the foregoing as if fully stated herein.

16. The Defendant failed to investigate disputed entries and correct false entries on the Plaintiff's credit report.

17. The above acts by the Defendant constitute a violation of 15 U.S.C. § 1681 et seq.

---

[1] Calculated as follows: $54,812.95 at 5% amortized over 30 years.

## COUNT II
## M.G.L. ch. 93, §§ 50 -68

18. The Plaintiff repeats and realleges the foregoing as if fully stated herein.

19. The Defendant failed to investigate disputed entries and correct false entries on the Plaintiff's credit report.

20. The above acts by the Defendant constitute a violation of M.G.L. ch. 9 §§ 50-68.

## COUNT III
## M.G.L. ch. 93A § 9

21. The Plaintiff repeats and realleges the foregoing as if fully stated herein.

22. On October 14, 2010, the Plaintiff sent a demand letter to the Defendant pursuant to M.G.L.ch. 93A. *See Exhibit A, attached hereto.*

23. The demand letter specified willful and knowing unfair and deceptive business practices in violation of M.G.L. c. 93A, which were engaged by the Defendants and made a demand for a reasonable offer of settlement.

24. The Defendants engaged in unfair and deceptive business practices by, in part, violating the Federal Fair Credit Reporting Act and the Massachusetts Fair Credit Reporting Act.

25. As a direct and proximate result of the Defendants willful and knowing unfair and deceptive business practices in violation of M.G.L. c 93A, the Plaintiff suffered substantial monetary damages.

26. The Defendant failed to respond to the Plaintiff's demand letter within 30 days.

## **DEMAND FOR RELIEF**

The Plaintiff, Robert Pardee, demands judgment in his favor and against the Defendant, as follows:

    1.    For such actual damages as may be proved at trial;

2.    For treble damages pursuant to M.G.L. c. 93A § 9;

3.    For interests and costs: and

4.    Four such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,
Robert Pardee
by his Attorney,

_5 - 23 - 11_

Robert A. George, Esq.
BBO #: 666118
George & Davis, PC
509 Main Street, PO Box 199
Sturbridge, MA 01566
Phone: (508) 347-7114
Fax: (508) 347-5627

A true copy by photostatic process
Attest: _____
Asst. Clerk

Exhibit A

# GEORGE & DAVIS, P.C.

COMPLICATED LAWS
COMMON LANGUAGE

ROBERT E. GEORGE, ESQ.
MALIE KAITBENSKI, PARALEGAL

ROBERT A. GEORGE, ESQ.*
KAREN E. DAVIS, ESQ.

*ALSO LICENSED IN CT AND ME

October 14, 2010

Experian
475 Anton Blvd.
Costa Mesa, CA 92626

RE:   Robert T. Pardee
      SS #:  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

Dear Sir/Madam,

     I represent Robert T. Pardee in regards a false entry on his credit report. In 2006, you reported a civil judgment against Mr. Pardee under docket no. 200564SC001119. *See Exhibit A, attached hereto.* Equifax and TransUnion also reported the judgment. Upon notification from Mr. Pardee that the judgment was against a different person, however, both Equifax and TransUnion, removed the entry. Experian, however, failed to remove the entry despite repeated notifications from Mr. Pardee that the judgment was not against him. *See Exhibit B, attached hereto.* In fact, Experian continues to include the judgment on Mr. Pardee's credit report. *See Exhibit C, attached hereto.*

     Without waiving claims Mr. Pardee has against you for damages caused by your previous conduct in this regard, I hereby give notice under 15 U.S.C. § 1681(i)(a)(A) of a disputed claim. You have 30 days to conduct an investigation and make corrections.

     In 2007, Pardee refinanced his home. Because you continued to include the judgment on his credit report despite repeated notice and indisputable evidence that the judgment was against a different person, he was forced to refinance at 13.740%. *See Exhibit D, attached hereto.* Had you properly excluded the judgment, he would have been able to refinance at a much lower rate, and probably at a rate of no more than 5 %.

     Mr. Pardee is due to pay interest in the amount of $140,023.98 over the life of the loan. Had you not included the incorrect judgment on his report, his interest over the life of the loan at 5 % would have been $51,117.50.[1] Your inclusion of the incorrect entry on

---

[1] Calculated as follows: $54,812.95 at 5% amortized over 30 years.

*509 Main Street, P.O. Box 199, Sturbridge, MA 01566*
*(508) 347-7114   (FAX) (508) 347-5627*
*email: robert@regeorge.net*
*Visit Our Website at regeorge.net*

Mr. Pardee's credit report has cost him a projected total $88,906.48 increase in interest payments.

Your conduct violated Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq, which requires that you investigate disputed entries and correct false entries on a person's credit report. Mr. Pardee not only alerted you to the false report on multiple occassions, he provided you with the name and address of the person the judgment was against. Even a cursory investigation would have shown the entry was incorrect. The person cited in the judgment did not even have the same middle initial as Mr. Pardee, a fact that both TransUnion and Equifax apparently realized with little difficulty as they both quickly removed the false entry from Mr. Pardee's report. Experian, however, continued to report the false entry for months and eventually years.

Pursuant to M.G.L.c. 93 § 68, a violation of either the state or federal fair credit reporting act gives rise to a violation of M.G.L.c. 93A, which may provide for double or triple damages and attorney fees. As such, this letter shall also serve as request for relief under M.G.L. ch. 93A, § 9, on account of the unfair and deceptive acts and practices committed by you in the course of trade or commerce in connection with your attempt to collect this debt.

Therefore, on behalf of my clients I hereby demand $10,000 for each and every violation of the FCRA committed by you; $5,000 to date for his emotional distress and $3,000.00 for attorney fees and $88,906.48 in actual damages, for a total of $106,906.48.

I will expect to receive a reply from you within 30 days as required under M.G.L. ch. 93A, § 9. Failure to make a reasonable tender of settlement may in itself subject you to multiple damages under the statute. If I do not receive a reply within 30 days, I will assume that you do not intend to voluntarily resolve this matter and my clients will seek other relief.

If you wish to discuss this matter please contact me at your earliest convenience.

Sincerely,

Robert A. George

cc:     Robert Pardee

509 Main Street, P.O. Box 199, Sturbridge, MA 01566
(508) 347-7114   (FAX) (508) 347-5627
email: robert@regeorge.net
Visit Our Website at regeorge.net

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

No.

Robert T. Pardee                    Plaintiff (s)

v.

Experian Information Solutions,   Defendant (s)
              Inc.

11-1031

SUMMONS

FILED

JUN 1 7 2011

ATTEST:

CLERK

*   To the above-named Defendant:

You are hereby summoned and required to serve upon......................................
............................................Robert A. George.................................., plaintiff's attorney,
whose address is ..509 Main Street, PO Box 199, Sturbridge, MA  01566...............
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse,       Esquire, at Worcester, the............................
day of ...........................................................in the year of our Lord two thousand  and
.........................  .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

*   NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
    if you claim to have a defense, either you or your attorney must serve a copy of your written
    answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
    Court, Room 1008.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ................................ 6-15

20...11..., I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

................. In hand to Deb ~~Better~~ Demello

..................................................................................................................................

..................................................................................................................................

Dated: ............ 6 - 15 ..............., 20 11 ...... .

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

6-15, 20 11

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.

Robert T. Pugh .......... Plaintiff

v.

LexisNexis Information Solutions, Inc. .......... Defendant

SUMMONS

(Mass. R. Civ. P. 4)

A true copy by photostatic process
Attest:
Asst. Clerk

## COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss

**Superior Court**
**Department of the Trial Court**
**Docket No. 11-1031**

|  |  |
|---|---|
| Robert T. Pardee, | ) |
| Plaintiff, | ) |
| v. | ) |
| Experian Information Solutions, Inc., | ) |
| Defendant. | ) |

**FILED**

JUL 0 5 2011

ATTEST:

~~_____~~ CLERK

### NOTICE OF REMOVAL OF ACTION TO THE
### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS, CENTRAL DIVISION

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(d), on July 1, 2010

Defendant filed a Notice of Removal of the above-captioned action to the United States District

Court for the District of Massachusetts, Central Division.  A copy of the Notice of Removal filed

with respect to this action is attached hereto as Exhibit 1.

Dated:  July 1, 2010                          Respectively submitted

By:_____

Attorneys for Defendant
Experian Information Solutions, Inc.

Robert S. White, Esq. (BBO # 552229)
BourgeoisWhite, LLP
One West Boylston Street, Suite 307
Worcester, MA 01605
Telephone: (508) 753-7038
Facsimile: (508) 756-1613
rsw@bourgeoiswhite.com.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal of Action to the United States District Court for the District of Massachusetts, Eastern Division, has been served on the following party via U.S. First-Class Mail on this 1st day of July, 2011.

Robert A. George, Esq.
George & Davis, PC
509 Main St., PO Box 199
Sturbridge, MA 01566
Telephone:    (508) 347-7114
Facsimile:    (508) 347-5627

*Attorneys for Plaintiff*
*Robert T. Pardee*

_____
Robert S. White

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

*11-1031*

| | |
|---|---|
| **Robert T. Pardee,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CASE NO. 4-11-40125 |
| | ) |
| **Experian Information Solutions, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |
| | ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc.

("Experian") hereby files its Notice of Removal of the above-captioned action to this Court and

state as follows:

1.    Experian is named as the sole Defendant in Civil Action No.11-1031 filed in the

Superior Court for the State of Massachusetts, County of Worcester (the "State Court Action").

2.    The Complaint in the State Court Action was filed with the Clerk of the Superior

Court, County of Worcester on May 23, 2011.  Defendant Experian was served with the

complaint on June 15, 2011.

3.    This Notice is being filed with this Court within thirty (30) days after Defendant

Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon

which Plaintiff's action is based.

4.    A copy of all process, pleadings, and orders served upon the Defendant in the

State Court Action is attached hereto as Exhibit A.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p, without regard to the amount in controversy. The above-captioned action may therefore be properly removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

16. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action and to the clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

Dated: July 1, 2011                    Respectfully submitted,

/s *Robert S. White*
Robert S. White (BBO # 552229)
BourgeoisWhite, LLP
One West Boylston Street, Suite 307
Worcester, MA 01605
Telephone: (508) 753-7038
Facsimile: (508) 756-1613
rsw@bourgeoiswhite.com.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following party via U.S. First-Class Mail on this 1st day of July, 2011.

Robert A. George, Esq.
George & Davis, PC
509 Main St., PO Box 199
Sturbridge, MA 01566
Telephone:    (508) 347-7114
Facsimile:    (508) 347-5627

*Attorneys for Plaintiff*
*Robert T. Pardee*

/s/ Robert S. White
Robert S. White

# CT Corporation

**Service of Process Transmittal**
06/15/2011
CT Log Number 518677717



RECEIVED
JUN 17 2011
Scott N. Leslie

**TO:** Scott Leslie, General Counsel Experian Americas
Experian
475 Anton Blvd
Costa Mesa, CA 92626·

**RE:** **Process Served in Massachusetts**

**FOR:** Experian Information Solutions, Inc. (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Robert T. Pardee, Pltf. vs. Experian Information Solutions, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Cover Sheet, Complaint, Letter, Scheduling Order |
| **COURT/AGENCY:** | Worcester County Superior Court, Worcester County, MA<br>Case # 11-1031 D |
| **NATURE OF ACTION:** | Unfair and deceptive business practices - Seeking $88,906.48 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boston, MA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/15/2011 at 09:57 |
| **JURISDICTION SERVED :** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service - Summons //<br>8/25/2011 - earliest response date. (See document for additional deadlines) |
| **ATTORNEY(S) / SENDER(S):** | Robert A. George<br>George & Davis, PC<br>509 Main Street, PO Box 199<br>Sturbridge, MA 01566<br>508-347-7114 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 794866857400 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Dahrlena Mitchell<br>155 Federal Street<br>Suite 700<br>Boston, MA 02110<br>617-757-6404 |

Page 1 of  1 / DD

Information displayed on this transmittal is for C T Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal
opinion as to the nature of action, the amount of damages, the
answer date, or any information contained in the documents
themselves. Recipient is responsible for interpreting said
documents and for taking appropriate action. Signatures on
certified mail receipts confirm receipt of package only, not
contents.

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No.

11-1031

Robert T. Pardee      Plaintiff (s)

v.

**SUMMONS**

Experian Information Solutions,      Defendant (s)
Inc.

\*    To the above-named Defendant:

You are hereby summoned and required to serve upon.........................................
............................................Robert A. George................................... plaintiff's attorney,
whose address is ..509 Main Street, PO Box 199, Sturbridge, MA  01566............
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse,    ,Esquire, at Worcester, the...........................
day of ............................................. ..............in the year of our Lord two thousand and
........................ .

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 1008.

| **CIVIL ACTION COVER SHEET** | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT | DOCKET NO. _____ |
|---|---|---|
| | COUNTY OF **WORCESTER** | |
| **PLAINTIFF(S)** Robert Pardee | | **DEFENDANT(S)** Experian Information Solutions, Inc. |

| Type Plaintiff's Attorney name, Address, City/State/Zip Phone Number and BBO# | Type Defendant's Attorney Name, Address, City/State/Zip Phone Number (If Known) |
|---|---|
| Robert A. George, 509 Main Street, PO Box 199, Sturbridge, MA 01566, (508) 347-7114, BBO #666118 | |

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

CODE NO.        TYPE OF ACTION (specify)        TRACK        **IS THIS A JURY CASE?**

B99 Other Tort (specify) - Fast Track

( ● ) Yes   ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

## TORT CLAIMS
(Attach additional sheets as necessary)

| | | |
|---|---|---|
| A. | Documented medical expenses to date: | |
| | 1. Total hospital expenses | $_____ |
| | 2. Total doctor expenses | $_____ |
| | 3. Total chiropractic expenses | $_____ |
| | 4. Total physical therapy expenses | $_____ |
| | 5. Total other expenses (describe) | $_____ |
| | Subtotal | $_____ |
| B. | Documented lost wages and compensation to date | $_____ |
| C. | Documented property damages to date | $_____ |
| D. | Reasonably anticipated future medical expenses | $_____ |
| E. | Reasonably anticipated lost wages and compensation to date | $_____ |
| F. | Other documented items of damages (describe) | $_____ |

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Defendant's violation of 15 U.S.C. § 1681 et seq. and M.G.L. Ch. 93 §§ 50 - 68 constitute violation of M.G.L. Ch. 93A § 9.

Total $ 88,906.48

## CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL    $..............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT _____

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____        Date: 5/23/11

A.O.S.C. 3-2007

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT
WORCESTER DIVISION
CIVIL ACTION NO.

_____
)
ROBERT T. PARDEE            )
      Plaintiff        )
)
     v.                       )
)
EXPERIAN INFORMATION       )
SOLUTIONS, INC.            )

## COMPLAINT AND JURY DEMAND

The Plaintiff, Robert T. Pardee, brings this Complaint seeking damages caused by the Defendant's violation of M.G.L. ch. 93 § 9.

## PARTIES

1. Robert T. Pardee (hereinafter "the Plaintiff") is an individual with a principal place of residence at 55 Ridge Road, Southbridge, MA 01550, Worcester Country.

2. Experian Information Solutions, Inc. (hereinafter "the Defendant") is a foreign corporation with a principal place of business at 475 Anton Blvd., Costa Mesa, CA 92626-7037.

## STATEMENT OF FACTS

3. The Defendant provides to lending institutions credits reports.

4. In 2007, the Defendant applied for credit in order to refinance his home in the amount of $54,812.95.

5. The Defendant reported to the lender, Household Finance Corporation, a civil judgment against the Defendant at Dudley District Cout under Docket No. 200564SC001119.

6. The judgment was against Robert J. Pardee, a third party with a different middle initial than the Plaintiff.

7. As a result of the Defendant's report of the judgment on the Plaintiff's credit report, the Plaintiff could only borrow money at an inflated rate of 13.740%.

8. After the loan closed the Plaintiff contacted the Defendant, and two other credit reporting agencies that provide credit scores and reports, and provided them with documentation proving that that the judgment was against someone else.

9. The Plaintiff even provided the Defendant with the name and address of the person the judgment was against.

10. Upon reinvestigating the claim, both of the other two companies removed the judgment from the Plaintiff's credit report.

11. The Plaintiff attempted to refinance the loan at lower rate, but was unable to because the Defendant refused to remove the judgment from his account.

12. The Plaintiff would have been able to refinance at a rate as low as five percent had the Defendant reinvestigated the judgment and accurately reported his credit score.

13. The Plaintiff is due to pay interest in the amount of $140,023.98 over the life of the loan.

14. His interest over the life of the loan at five percent would have been $51,117.50, a difference of $88,906.48.[1]

## COUNT I
### 15 U.S.C. § 1681 et seq.

15. The Plaintiff repeats and realleges the foregoing as if fully stated herein.

16. The Defendant failed to investigate disputed entries and correct false entries on the Plaintiff's credit report.

17. The above acts by the Defendant constitute a violation of 15 U.S.C. § 1681 et seq.

---

[1] Calculated as follows: $54,812.95 at 5% amortized over 30 years.

## COUNT II
### M.G.L. ch. 93, §§ 50 -68

18. The Plaintiff repeats and realleges the foregoing as if fully stated herein.

19. The Defendant failed to investigate disputed entries and correct false entries on the Plaintiff's credit report.

20. The above acts by the Defendant constitute a violation of M.G.L. ch. 9 §§ 50-68.

## COUNT III
### M.G.L. ch. 93A § 9

21. The Plaintiff repeats and realleges the foregoing as if fully stated herein.

22. On October 14, 2010, the Plaintiff sent a demand letter to the Defendant pursuant to M.G.L.ch. 93A. *See Exhibit A, attached hereto.*

23. The demand letter specified willful and knowing unfair and deceptive business practices in violation of M.G.L. c. 93A, which were engaged by the Defendants and made a demand for a reasonable offer of settlement.

24. The Defendants engaged in unfair and deceptive business practices by, in part, violating the Federal Fair Credit Reporting Act and the Massachusetts Fair Credit Reporting Act.

25. As a direct and proximate result of the Defendants willful and knowing unfair and deceptive business practices in violation of M.G.L. c 93A, the Plaintiff suffered substantial monetary damages.

26. The Defendant failed to respond to the Plaintiff's demand letter within 30 days.

## DEMAND FOR RELIEF

The Plaintiff, Robert Pardee, demands judgment in his favor and against the Defendant, as follows:

    1.    For such actual damages as may be proved at trial;

2.    For treble damages pursuant to M.G.L. c. 93A § 9;

3.    For interests and costs: and

4.    Four such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,
Robert Pardee
by his Attorney,

5 - 23 - 11

Robert A. George, Esq.
BBO #: 666118
George & Davis, PC
509 Main Street, PO Box 199
Sturbridge, MA 01566
Phone: (508) 347-7114
Fax: (508) 347-5627

Exhibit A

# GEORGE & DAVIS, P.C.

COMPLICATED LAWS
COMMON LANGUAGE

ROBERT E. GEORGE, ESQ.
MALIE KAITBENSKI, PARALEGAL

*ALSO LICENSED IN CT AND ME

ROBERT A. GEORGE, ESQ.*
KAREN E. DAVIS, ESQ.

October 14, 2010

Experian
475 Anton Blvd.
Costa Mesa, CA 92626

RE:    Robert T. Pardee
       SS #:   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 ·

Dear Sir/Madam,

     I represent Robert T. Pardee in regards a false entry on his credit report. In 2006, you reported a civil judgment against Mr. Pardee under docket no. 200564SC001119. *See Exhibit A, attached hereto.*  Equifax and TransUnion also reported the judgment. Upon notification from Mr. Pardee that the judgment was against a different person, however, both Equifax and TransUnion, removed the entry. Experian, however, failed to remove the entry despite repeated notifications from Mr. Pardee that the judgment was not against him. *See Exhibit B, attached hereto.* In fact, Experian continues to include the judgment on Mr. Pardee's credit report. *See Exhibit C, attached hereto.*

     Without waiving claims Mr. Pardee has against you for damages caused by your previous conduct in this regard, I hereby give notice under 15 U.S.C. § 1681(i)(a)(A) of a disputed claim. You have 30 days to conduct an investigation and make corrections.

     In 2007, Pardee refinanced his home. Because you continued to include the judgment on his credit report despite repeated notice and indisputable evidence that the judgment was against a different person, he was forced to refinance at 13.740%. *See Exhibit D, attached hereto.* Had you properly excluded the judgment, he would have been able to refinance at a much lower rate, and probably at a rate of no more than 5 %.

     Mr. Pardee is due to pay interest in the amount of $140,023.98 over the life of the loan. Had you not included the incorrect judgment on his report, his interest over the life of the loan at 5 % would have been $51,117.50.[1] Your inclusion of the incorrect entry on

---

[1] Calculated as follows: $54,812.95 at 5% amortized over 30 years.

509 Main Street, P.O. Box 199, Sturbridge, MA 01566
(508) 347-7114  (FAX) (508) 347-5627
email: robert@regeorge.net
Visit Our Website at regeorge.net

Mr. Pardee's credit report has cost him a projected total $88,906.48 increase in interest payments.

Your conduct violated Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq, which requires that you investigate disputed entries and correct false entries on a person's credit report. Mr. Pardee not only alerted you to the false report on multiple occassions, he provided you with the name and address of the person the judgment was against. Even a cursory investigation would have shown the entry was incorrect. The person cited in the judgment did not even have the same middle initial as Mr. Pardee, a fact that both TransUnion and Equifax apparently realized with little difficulty as they both quickly removed the false entry from Mr. Pardee's report. Experian, however, continued to report the false entry for months and eventually years.

Pursuant to M.G.L.c. 93 § 68, a violation of either the state or federal fair credit reporting act gives rise to a violation of M.G.L.c. 93A, which may provide for double or triple damages and attorney fees. As such, this letter shall also serve as request for relief under M.G.L. ch. 93A, § 9, on account of the unfair and deceptive acts and practices committed by you in the course of trade or commerce in connection with your attempt to collect this debt.

Therefore, on behalf of my clients I hereby demand $10,000 for each and every violation of the FCRA committed by you; $5,000 to date for his emotional distress and $3,000.00 for attorney fees and $88,906.48 in actual damages, for a total of $106,906.48.

I will expect to receive a reply from you within 30 days as required under M.G.L. ch. 93A, § 9. Failure to make a reasonable tender of settlement may in itself subject you to multiple damages under the statute. If I do not receive a reply within 30 days, I will assume that you do not intend to voluntarily resolve this matter and my clients will seek other relief.

If you wish to discuss this matter please contact me at your earliest convenience.

Sincerely,

Robert A. George

cc:     Robert Pardee

509 Main Street, P.O. Box 199, Sturbridge, MA 01566
(508) 347-7114   (FAX) (508) 347-5627
email: robert@regeorge.net
Visit Our Website at regeorge.net

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET # **WOCV2011-01031-D**
Courtroom CtRm 25 4th (225 Main St.)

RE:   **Pardee v Experian Information Solutions Inc**
TO:

Robert A George, Esquire
Law Office of Robert E. George
509 Main St., PO Box 199
Sturbridge, MA 01566

### SCHEDULING ORDER FOR  F  TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue **03/17/2013**.

| STAGES OF LITIGATION | DEADLINES | | |
|---|---|---|---|
| | **SERVED BY** | **FILED BY** | **HEARD BY** |
| Service of process made and return filed with the Court | 08/25/2011 | 08/25/2011 | |
| Response to the complaint filed (also see MRCP 12) | | 09/24/2011 | |
| All motions under MRCP 12, 19, and 20 | 09/24/2011 | 10/24/2011 | 11/23/2011 |
| All motions under MRCP 15 | 09/24/2011 | 10/24/2011 | 11/23/2011 |
| All discovery requests and depositions served and non-expert depositions completed | 03/22/2012 | | |
| All motions under MRCP 56 | 04/21/2012 | 05/21/2012 | |
| Final pre-trial conference held and/or firm trial date set | | | 09/18/2012 |
| Case shall be resolved and judgment shall issue by **03/17/2013** | | | **03/17/2013** |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>.
You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

Dated: 05/31/2011

Dennis P. McManus, Esq.
Clerk of the Court

Telephone: 508-831-2360 (Session Clerk) or 508-831-2350

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 88-8130 —Check website as to status of case: http://ma-trialcourts.org/tclc  1620391 inidoc01 fregeol

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert T. Pardee

### DEFENDANTS
Experian Information Solutions, Inc.

**(b)** County of Residence of First Listed Plaintiff   **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   _Orange_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert A. George, George & Davis, P.C., 509 Main Street, PO Box 199, Sturbridge, MA 01566, 508-347-7114

Attorneys (If Known)
Robert S. White, BourgeoisWhite, LLP, One West Boylston Street, Suite 307, Worcester, MA 01605 508-753-7038

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
         Plaintiff

☒ 3  Federal Question
         (U.S. Government Not a Party)

☐ 2  U.S. Government
         Defendant

☐ 4  Diversity
         (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                     and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |     Liability |     of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|     & Enforcement of Judgment |     Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 830 Patent |     Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |     Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
|     Student Loans | ☐ 340 Marine |     Safety/Health | | ☐ 490 Cable/Sat TV |
|     (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment |     Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
|     of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |     Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle |     Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract |     Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |     12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |     Injury |     & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate | ☐ 791 Empl. Ret. Inc. |     or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ |     Sentence |     Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land |     Accommodations | **Habeas Corpus:** | |     26 USC 7609 |     Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 530 General | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** |     Under Equal Access |
| |     Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |     to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | ☐ 950 Constitutionality of |
| |     Other | ☐ 555 Prison Condition |     Alien Detainee |     State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration |
| | | |     Actions |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1  Original
         Proceeding

☒ 2  Removed from
         State Court

☐ 3  Remanded from
         Appellate Court

☐ 4  Reinstated or
         Reopened

☐ 5  Transferred from
         another district
         (specify)

☐ 6  Multidistrict
         Litigation

☐ 7  Appeal to District
         Judge from
         Magistrate
         Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1681
Brief description of cause:
Plaintiff claims Defendant violated the Fair Credit Reporting Act.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

**DEMAND $**
89,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):        JUDGE                                 DOCKET NUMBER

DATE
07/01/2011

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only)____Robert T. Pardee v. Experian Information Solutions, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐   I.     410, 441, 470, 535, 830*, 891, 893, 894, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐   II.    110, 130, 140, 160, 190, 196, 230, 240, 290,320,362, 370, 371, 380, 430, 440, 442-446, 710, 720, 730, 740, 790, 820*, 840*, 850, 870, 871.

   ☑   III.   120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315,  330, 340, 345, 350, 355, 360, 365, 368, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 610, 620, 625, 630, 640, 650, 660, 690, 791, 810, 861-865, 875, 890, 892, 900, 950.

          *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                          YES ☐     NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

                          YES ☐     NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                          YES ☐     NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                          YES ☐     NO ☑

7. Do <u>all</u> of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                          YES ☑     NO ☐

       A.     If yes, in which division do <u>all</u> of the non-governmental parties reside?

          Eastern Division ☐     Central Division ☑     Western Division ☐

       B.     If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

          Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                          YES ☐     NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ___Robert S. White_____

ADDRESS ___BourgeoisWhite, LLP, One West Boylston Street, Suite 307, Worcester, MA 01605_____

TELEPHONE NO. ___508-753-7038_____

                                                     (CategoryForm4-4-11.wpd  - 4/4/11)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| **ROBERT T. PARDEE,** )<br>    **Plaintiff,** )<br> )<br> **v.** )<br> )<br> **EXPERIAN INFORMATION** )<br> **SOLUTIONS, INC.** )<br>  ) | **Civil Action No. 11-CV-40125 (FDS)** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing WORCESTER SUPERIOR COURT RECORD has been served on the following party via electronic mail and U.S. First-Class Mail on this 12th day of July, 2011.

```
Robert A. George, Esq.
George & Davis, PC
509 Main St., PO Box 199
Sturbridge, MA 01566
Telephone:    (508) 347-7114
Facsimile:    (508) 347-5627
```

Respectfully submitted,

Experian Information Solutions, Inc.
By its attorneys:

 /s/ Robert S. White
Robert S. White, BBO#552229
BourgeoisWhite, LLP
One West Boylston Street, Suite #307
Worcester, MA 01605
Telephone: (508) 753-7038
Fax: (508) 756-1613
Rsw@bourgeoiswhite.com

F:\docs\Experpar\experpar.004