UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT T. PARDEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　Defendants. | Case No.  11-CV-40125 (FDS)<br><br>**STIPULATION OF DISMISSAL** |

　　　　PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P., Rule 41(a)(1), Plaintiff Robert T. Pardee and Defendant Experian Information Solutions, Inc. hereby stipulate to the dismissal of the Complaint against Defendant Experian Information Solutions, Inc., with prejudice, each party to bear their own attorneys' fees and costs, and all rights of appeal waived.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　Plaintiff Robert T. Pardee

Dated: August 8, 2012　　　　　　　　By: /s/ Robert A. George
　　　　　　　　　　　　　　　　　　　　Robert A. George, BBO 666118
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　George & Davis, P.C.
　　　　　　　　　　　　　　　　　　　　509 Main Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 199
　　　　　　　　　　　　　　　　　　　　Sturbridge, MA  01566
　　　　　　　　　　　　　　　　　　　　bob@regeorge.net

Case 4:11-cv-40125-TSH   Document 20   Filed 08/08/12   Page 2 of 2

Defendant Experian Information Solutions, Inc.

By:/s/ Maureen McAneny
Maureen McAneny (admitted *Pro Hac Vice*)
JONES DAY
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
404.581.8327/telephone
404.581.8330/facsimile
mmcaneny@jonesday.com

By: /s/ Robert White
Robert White, Esq.
BBO #: 552225
Bourgeois White, LLP
One West Boylston Street, Ste. 307
Worcester, MA 01605
Phone: (508) 753-7038
Fax: (508) 756-1613
rsw@bourgeoiswhite.com